UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE ANTHONY J. BATTAGLIA, JUDGE PRESIDING

| | |
|---|---|
| IN RE: SONY GAMING NETWORK AND CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 11MD2258-AJB<br>SAN DIEGO, CALIFORNIA<br>JULY 10, 2014<br>3:09 P.M. |

REPORTER'S TRANSCRIPT OF PROCEEDINGS
MOTION HEARING

OFFICIAL REPORTER: JEANNETTE N. HILL, C.S.R.
(619) 702-3905

APPEARANCES:

FOR THE PLAINTIFFS: BY: BEN BARNOW, ESQ.
BEN BARNOW ATTORNEYS AT LAW
ONE NORTH LASALLE STREET, SUITE 4600
CHICAGO, ILLINOIS 60602

BY: THOMAS J. O'REARDON II, ESQ.
BLOOD HURST & O'REARDON
701 B STREET, SUITE 1700
SAN DIEGO, CALIFORNIA 92101

BY: GAYLE M. BLATT, ESQ.
CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
110 LAUREL STREET
SAN DIEGO, CALIFORNIA 92101

FOR THE DEFENDANT: BY: HARVEY J. WOLKOFF, ESQ.
MARK SZPAK, ESQ.
ROPES & GRAY LLP
PRUDENTIAL TOWER 800 BOYLSTON STREET
BOSTON, MASSACHUSETTS 02199-3600

BY: WILLIAM S. BOGGS, ESQ.
AMANDA FITZSIMMONS, ESQ.
DLA PIPER
401 B STREET, SUITE 1700
SAN DIEGO, CALIFORNIA 92101-4297

**SAN DIEGO, CALIFORNIA; THURSDAY, JULY 10, 2014; 3:09 P.M.**

**DEPUTY CLERK:** NUMBER FOUR ON CALENDAR, CASE NUMBER 11MD2258, IN RE SONY GAMING NETWORKS.

**THE COURT:** ALL RIGHT. LET'S HAVE COUNSEL MAKE THEIR APPEARANCES FOR THE RECORD.

**MR. BARNOW:** GOOD AFTERNOON, YOUR HONOR. BEN BARNOW ON BEHALF OF PLAINTIFFS AND THE PUTATIVE CLASS.

**MR. O'REARDON:** GOOD AFTERNOON, YOUR HONOR. TOMMY O'REARDON ON BEHALF OF PLAINTIFFS IN THE CLASS.

**MS. BLATT:** GAYLE BLATT FOR SAME. THANK YOU.

**THE COURT:** OKAY. THANK YOU.

AND FOR THE DEFENSE.

**MR. WOLKOFF:** GOOD AFTERNOON. HARVEY WOLKOFF, FROM ROPES & GRAY, ON BEHALF OF THE SONY DEFENDANTS.

**MR. SZPAK:** AND I'M MARK SZPAK, FROM ROPES AND GRAY, ALSO FOR THE SONY DEFENDANTS.

**MR. BOGGS:** BILL BOGGS, DLA PIPER, FOR THE SAME DEFENDANTS.

**MS. FITZSIMMONS:** AMANDA FITZSIMMONS, FROM DLA PIPER, FOR THE SAME DEFENDANTS.

**THE COURT:** OKAY. WELL, THANK YOU ALL. HAVE A SEAT. THIS IS THE MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT. MY COMPLIMENTS TO THE PLAINTIFFS' SUBMISSION. IT'S QUITE THOROUGH AND WELL-ORGANIZED. AND IT DOES LAY OUT THE APPROACH HERE TO SETTLE ON A WHOLE SERIES OF POTENTIAL

CLAIMS FOR VARIOUS CLAIMANTS. IF I REMEMBER, 60 MILLION REGISTERED USERS, OR SOMETHING LIKE THAT, OR IN THAT BALLPARK, AND A VARIETY OF SUMS FOR A VARIETY OF CLAIMS THAT HAVE BEEN LAID OUT.

AND A COUPLE QUESTIONS I HAVE ABOUT THIS IS THIS CONCEPT OF THE CONFIRMATORY DISCOVERY. IT'S GENERALLY DESCRIBED, AND I THINK IT'S ANTICIPATED TO TAKE 90 DAYS, IF I REMEMBER CORRECTLY. AND IN A NUTSHELL, WHAT ARE WE CONFIRMING? I MEAN, THE NUMBERS OF PEOPLE OR SOMETHING ELSE? I GUESS I'M CURIOUS ABOUT THAT.

MR. BARNOW.

**MR. BARNOW:** CERTAINLY, YOUR HONOR. THIS CASE, FOR A LOT OF REASONS, HAS HAD A LOT OF DIALOGUE BETWEEN PLAINTIFFS' COUNSEL AND DEFENSE COUNSEL. SO TO A DEGREE, THERE HAS BEEN, IN MY VIEW, A SUBSTANTIAL AMOUNT OF INFORMAL DISCOVERY, WHICH IS VALUABLE AND HAS SERVED A GREAT PURPOSE.

WHAT WE WANT TO CONFIRM -- BECAUSE WE'RE OBLIGATED TO DO SO WITHOUT ANY CHALLENGE TO ANYBODY'S INTEGRITY OR BELIEF -- IS THE VERACITY OF THE REPRESENTATIONS THAT WERE MADE.

NUMBER ONE, THE COURT HAS IT CORRECT REGARDING THE NUMBERS, REGARDING THE BREAKDOWNS, AND ALSO WITH REGARD TO THE INFORMATION UPON WHICH WE BASE THE WELL-DESIGNED, HARD-FOUGHT NOTICE PLAN, THAT WE FEEL THOSE OBLIGATIONS SHOULD BE POLISHED, BUT FOR A BETTER PHRASE. AND THAT IS WHAT IT WOULD CONCENTRATE ON.

**THE COURT:** SO IT'S REALLY CONFIRMING, I GUESS, THE BASIS UPON WHICH WE HAVE GOTTEN TO THE SETTLEMENT AT THIS POINT?

**MR. BARNOW:** TO THAT DEGREE, THAT'S CORRECT TO THE EXTENT WE'D NEED THAT ADDITIONAL INFORMATION, AS WELL AS TO SUPPORT OUR VERY CLEAR BELIEF REGARDING THE ADEQUACY OF THE NOTICE AND THE AMOUNT OF PEOPLE INVOLVED IN THE CLASS.

**THE COURT:** OKAY. SO IT ALL SOUNDS POSITIVE IN TERMS OF DUE DILIGENCE AND, HOPEFULLY, TO SECURE OR COMPLETE THE SETTLEMENT AS PROPOSED, AS OPPOSED TO SOMETHING ELSE.

BUT THE PLAN, MR. BARNOW, WOULD BE THAT YOU HAVE NINETY DAYS TO DO THIS. AND THEN ASSUMING ALL IS WELL, THE NOTICES WOULD GO OUT; IS THAT HOW I READ IT?

**MR. BARNOW:** FRANKLY, YOUR HONOR -- I APOLOGIZE. I'M NOT SURE ABOUT THE NINETY DAYS, IF YOUR HONOR SAYS THAT'S WHAT IT IS. BUT ON THE TIMING ON THE NOTICES --

**MR. WOLKOFF:** YOUR HONOR, IF I MAY. HARVEY WOLKOFF. IT IS 90 DAYS FOR CONFIRMATORY DISCOVERY AFTER YOUR HONOR -- SHOULD YOUR HONOR PRELIMINARILY APPROVE THE SETTLEMENT. THE PLAINTIFFS THEN HAVE -- BASED ON WHAT THEY VIEW IN THE CONFIRMATORY DISCOVERY, THEY HAVE A TEN DAYS TO DECIDE WHETHER OR NOT TO PROCEED.

**THE COURT:** OKAY.

**MR. WOLKOFF:** THEN AFTER THOSE TEN DAYS, WE SET OUT TO GET THE NOTICE OUT, WHICH TAKES ABOUT 60 DAYS, YOUR HONOR,

PRINCIPALLY BECAUSE THE PRINT MEDIA NEEDS TO BE SECURED. TWO OF THE PUBLICATIONS -- *SPORTS ILLUSTRATED* AND *MAXIM* -- HAS ABOUT A 60-DAY LEAD IN ORDER TO BE ABLE TO SET YOUR ADS. SO THAT'S ESSENTIALLY THE TIME LINE UP TO THE NOTICE GOING OUT, YOUR HONOR.

**THE COURT:** OKAY. SO WE ARE AT ABOUT 160 DAYS FROM TODAY, PRESUMABLY, FOR NOTICES TO BE OUT COMPLETELY.

AND THEN THE NOTICE PERIOD WOULD BE ANOTHER NINETY DAYS FROM THERE?

**MR. BARNOW:** I BELIEVE SO.

**THE COURT:** THAT IS WHAT I READ. ESSENTIALLY, I'M TRYING TO FIGURE OUT HOW FAR OUT WE PUT THE ULTIMATE FAIRNESS HEARING, ASSUMING APPROVAL. AND SO IT'S ABOUT 250 DAYS WOULD BE MY PRECISE, BUT NOT NECESSARILY ASSURED, CALCULATION.

DOES THAT SOUND ABOUT RIGHT TO THE PLAINTIFFS' GROUP, ABOUT 250 DAYS OR SO?

**MR. BARNOW:** IT DOES.

**THE COURT:** AND DOES THAT COMPORT WITH HOW THE DEFENSE SEES IT, OR AM I ADDING TOO MANY DAYS IN HERE?

**MR. WOLKOFF:** WELL, 250 DAYS UNTIL WHEN, YOUR HONOR?

**THE COURT:** UNTIL THE FAIRNESS HEARING. YOU HAVE 90 DAYS FROM TODAY TO DO THE DISCOVERY, PLUS TEN IS 100 DAYS. 60 DAYS FOR THE NOTICES TO GET OUT, WHICH WOULD BE 160 DAYS. AND THE NOTICE PERIOD ITSELF IS A 90-DAY WINDOW, SO THAT IS WHERE I'M GETTING 250 DAYS.

**MR. WOLKOFF:** THAT'S APPROXIMATELY CORRECT, YOUR HONOR. WE THEN HAVE A TIME PERIOD FOR WRITTEN OBJECTIONS AND ANY OPT-OUTS, WHICH ARE 21 DAYS BEFORE THE FINAL FAIRNESS HEARING.

**THE COURT:** RIGHT.

**MR. WOLKOFF:** AND THE PLAINTIFFS HAVE SEVEN DAYS AFTER THAT TO PROVIDE SONY WITH AN OPT-OUT LIST, BECAUSE THERE IS A BLOW-UP PROVISION. IT'S UNLIKELY THAT IT WILL BE REACHED. IT'S MORE THAN 10,000 CLAIMANTS OPTING OUT. SO OUR ESTIMATE FOR THE FINAL FAIRNESS HEARING, YOUR HONOR, IS APPROXIMATELY IN MID APRIL OF 2015.

**THE COURT:** OKAY. ABOUT NINE MONTHS. I WOULD AGREE WITH YOU ON THAT. AS I SAID, THIS WAS REALLY WELL LAID OUT AND I PORED THROUGH THIS SEVERAL TIMES. AND MY ONLY QUESTIONS WERE TO GET A LITTLE BETTER FEEL ON THE CONFIRMATORY DISCOVERY IN THE HOPES IT WAS WHAT YOU HAVE STATED, MR. BARNOW. THAT SATISFIED THAT CONCERN. AND THEN THE TIMING, I JUST WANTED TO EDIFY AND MAKE SURE WE ARE ACCOUNTING FOR IT ALL.

I WOULD SAY, HAVING REVIEWED ALL OF THIS -- WELL, LET ME JUST ASK FIRST IF THERE IS ANYTHING MORE YOU WOULD LIKE TO SAY ON THE PLAINTIFFS' SIDE, SIR, ABOUT ANY OF THIS?

**MR. BARNOW:** OTHER THAN THE FACT THAT I THINK THE COURT KNOWS EVERYBODY WORKED HARD ON IT ON BOTH SIDES. I WILL ADOPT OUR PAPERS AND THANK THE COURT FOR ITS DILIGENCE TO DATE. IT'S OBVIOUSLY GREAT WORK BY EVERYBODY. WE LOST A LOT OF THE

ACCOUNTS -- ONE OR A FEW, TEMPORARILY, HERE. WE TAKE GREAT PRIDE IN THE SETTLEMENT. WE THINK IT'S COMPREHENSIVE.

I DO WANT TO POINT OUT THAT THE COURT SELECTED A PLAINTIFFS' STEERING COMMITTEE OF ATTORNEYS THAT WERE WELL EXPERIENCED. IT, OBVIOUSLY, ISN'T JUST ME. A LOT OF LAWYERS WERE IN IT, THE EXPERTISE ON BOTH SIDES. BUT PARTICULARLY THE HIGHLY EXPERIENCED COUNSEL ON DEFENSE SIDE AND MY COLLEAGUES MAKE THIS KIND OF SETTLEMENT POSSIBLE, AS WELL AS THE HARD WORK OF THE COURT. SO WE DO TAKE GREAT PRIDE IN IT AND WE LOOK FORWARD TO ROLLING IT OUT.

**THE COURT:** WELL, THANK YOU. ANY COMMENTS THE DEFENSE WOULD LIKE TO MAKE?

**MR. WOLKOFF:** NO, YOUR HONOR. WE DID TRY TO WORK WITH PLAINTIFFS TO LAY OUT THE SETTLEMENT IN SOME DETAIL FOR YOUR HONOR. AND SONY'S POSITION IS THAT THE SETTLEMENT IS FAIR, REASONABLE AND ADEQUATE, AND WE ASK THAT IT BE PRELIMINARILY APPROVED SO THAT WE CAN BEGIN THE REMAINING STEPS UNTIL THE FINAL FAIRNESS HEARING, YOUR HONOR.

**THE COURT:** OKAY. I WILL SAY THAT I'M VERY IMPRESSED THAT YOU FOLKS HAVE GOTTEN THIS TOGETHER. IT IS COMPREHENSIVE. I RECOGNIZE THAT CERTAINLY THERE IS DISPUTED CLAIMS, AND MANY OTHER CLAIMS INITIALLY IN DISPUTE HAVE, INDEED, BEEN RESOLVED CONTRARY TO THE PLAINTIFFS' INTEREST. BUT STILL, WITH ALL OF THAT SAID, THE EFFORT OF COUNSEL, ON BOTH SIDES, HAS BEEN REMARKABLE IN TAKING A VERY COMPLICATED MATTER AND WORKING IT

SMOOTHLY THROUGH THE SYSTEM.

LOOKING AT THE ISSUES, BALANCING ALL OF THE NECESSARY CONSIDERATIONS, I WILL GRANT THE PRELIMINARY APPROVAL OF THE SETTLEMENT. I WILL APPROVE THE NOTICE TO THE SETTLEMENT CLASS, THE METHODS FOR DISSEMINATION OF NOTICE THAT ARE SET FORTH, WHICH -- I WON'T BELABOR THOSE. WE'LL APPOINT KINSELLA MEDIA LLC AS THE NOTICE SPECIALIST, AND RUST CONSULTING AS THE CLAIMS ADMINISTRATOR, CERTIFY THE SETTLEMENT CLASS FOR SETTLEMENT PURPOSES ONLY.

AND WE'LL APPOINT THE REQUESTED REPRESENTATIVE PLAINTIFFS: SCOTT LIEBERMAN, KYLE JOHNSON, ARTHUR HOWE, ADAM SCHUCHER, REBECCA MITCHELL, CHRISTOPHER WILSON, JAMES WRIGHT, ROBERT BOVA, CHRISTIAN KALLED -- MAYBE THAT'S KALLED; EITHER WAY -- CHRISTOPHER MUNSTERMAN, TIMOTHY WHYLAND.

WE'LL APPOINT MR. BARNOW AND HIS FIRM; MR. GELLER OF ROBBINS GELLER; MR. BLOOD OF BLOOD HURST & O'REARDON; MS. BLATT OF CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD. YOU RAN OUT OF INK AND COULDN'T PUT ANY MORE NAMES IN THERE. MR. MCKAY OF HIS LAW OFFICES OF THE SAME NAME; MR. LEVITT OF GRANT & EISENHOFER; MR. STRANGE OF STRANGE & CARPENTER.

I'LL APPROVE THE CLAIMS FORMS ATTACHED AS EXHIBITS D-1 THROUGH 4 TO THE MOTION. AND THEN WE'LL SET THE FINAL FAIRNESS HEARING TO CONSIDER ENTRY OF A FINAL ORDER APPROVING SETTLEMENT, AND THE REQUEST TO BE MADE, THEN, FOR ATTORNEYS' FEES, COSTS AND EXPENSES.

AND LOOKING AT APRIL, I'M OUT THE MIDDLE TWO WEEKS THERE. HOW ABOUT FRIDAY, MAY 1ST, AS A TARGET DATE FOR THE FAIRNESS HEARING? WOULD THAT WORK, AS BEST WE KNOW, FOR EVERYBODY?

**MR. WOLKOFF:** THAT WORKS FOR THE DEFENDANTS, YOUR HONOR.

**MR. BARNOW:** SAME FOR PLAINTIFFS, YOUR HONOR.

**THE COURT:** WE CAN MAKE THAT AT 2:00 ON MAY 1ST.

IT MIGHT BE USEFUL, FROM THE COURT'S STANDPOINT, TO HAVE MAYBE JUST A TELEPHONIC STATUS CHECK IN ABOUT 100 DAYS, TO MAKE SURE WE'RE STILL GOING AHEAD. THAT WOULD BE AFTER THE DISCOVERY PERIOD AND THE TEN DAYS FOR THE PLAINTIFFS TO ELECT OUT. AND I WOULD DO IT BY PHONE, JUST FOR YOUR CONVENIENCE, JUST SO I KNOW WE'RE TRACKING AS PLANNED. AND THAT WAY I KEEP MY HAND ON WHAT'S GOING ON.

ANYBODY OPPOSE THAT SUGGESTION?

**MS. BLATT:** NO, YOUR HONOR.

**MR. WOLKOFF:** I THINK IT'S A GOOD SUGGESTION, YOUR HONOR. THAT WOULD PUT US INTO LATE OCTOBER, EARLY NOVEMBER, I BELIEVE?

**THE COURT:** WE COULD DO FRIDAY, NOVEMBER 7TH, SAY, AT 1:00.

**MR. WOLKOFF:** THAT IS PERFECT, YOUR HONOR. THANK YOU.

**MR. BARNOW:** SO HERE, JUDGE.

**THE COURT:** OKAY. YOU'RE WELCOME TO COME DOWN, DON'T GET ME WRONG. BUT I WOULD BE HAPPY TO DO IT TELEPHONICALLY, TOO, TO SAVE YOUR CLIENTS AND YOU WEAR AND TEAR OR MONEY ON AIRPLANES AND WHATNOT.

SO WHY DON'T WE ASK THE PLAINTIFFS TO SET UP A CONFERENCE CALL FOR THOSE THAT WILL PARTICIPATE BY PHONE. AND FOR THOSE THAT WANT TO COME DOWN, GOD LOVE YOU, WE'LL BE HERE.

BUT THE WHOLE PURPOSE IS JUST IS IT A GO OR NO-GO AT THAT POINT. AND THAT WAY IF THERE IS A NO-GO, WE CAN GET BACK ON TRACK OF SOME OTHER ALTERNATIVES TOWARD RESOLVING THE CASE. AND IF IT'S A GO, IT'S A BRIEF CONVERSATION AND ALL IS WELL.

SO I WILL ISSUE THE PROPOSED ORDER. I'LL GET IT OUT TODAY, CONFIRMING ALL OF THE FINDINGS OF THE COURT AT THIS POINT, AND WE'LL SEPARATELY NOTE THE STATUS CONFERENCE FOR NOVEMBER 7TH THAT WE'RE GOING TO SET UP JUST TO TRACK THAT WE'RE STILL RUNNING ON SCHEDULE.

IS THERE ANYTHING ELSE EITHER SIDE WOULD HAVE AT THIS POINT?

**MR. WOLKOFF:** YOUR HONOR, WE CAUSED TO BE E-MAILED TO YOUR HONOR, I BELIEVE A FEW HOURS AGO, THE PROPOSED ORDER FOR THE PRELIMINARY APPROVAL. I JUST WANTED TO MAKE SURE YOUR HONOR HAS THAT.

**THE COURT:** THERE WAS A PREVIOUSLY PROPOSED AND NOW WE HAVE THE NEW ONE.

**MR. WOLKOFF:** THE PRIOR ONE HAD A FEW BLANKS IN IT.

THEY WERE MINOR BUT WE FILLED THEM IN WORKING WITH THE PLAINTIFFS, SO WE HAVE THE FINAL.

**THE COURT:** AND MY LAW CLERK IS INDICATING WE DO HAVE IT, SO WE'LL MAKE SURE WE HAVE THE MOST CURRENT VERSION FOR ENTRY AND THAT WILL BE ENTERED TODAY. SO THE CLOCK WILL START RUNNING ON THE VARIOUS INTERIM STEPS THAT YOU FOLKS HAVE LAID OUT HERE.

AND AGAIN, MY COMPLIMENTS TO BOTH SIDES FOR YOUR EFFORTS IN RESOLVING A HOTLY CONTESTED, SIGNIFICANT PIECE OF LITIGATION. SO LET'S HOPE IT ALL GOES THROUGH.

**MS. BLATT:** THANK YOU, YOUR HONOR.

**MR. WOLKOFF:** THANK YOU VERY MUCH, YOUR HONOR.

**THE COURT:** WE'LL BE IN RECESS, AND ENJOY THE REST OF YOUR DAY AND THE UPCOMING WEEKEND.

(PROCEEDINGS CONCLUDED AT 3:26 P.M.)

CERTIFICATION

I HEREBY CERTIFY THAT I AM A DULY APPOINTED, QUALIFIED AND ACTING OFFICIAL COURT REPORTER FOR THE UNITED STATES DISTRICT COURT; THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE PROCEEDINGS HAD IN THE AFOREMENTIONED CAUSE ON JULY 10, 2014; THAT SAID TRANSCRIPT IS A TRUE AND CORRECT TRANSCRIPTION OF MY STENOGRAPHIC NOTES; AND THAT THE FORMAT USED HEREIN COMPLIES WITH THE RULES AND REQUIREMENTS OF THE UNITED STATES JUDICIAL CONFERENCE.

DATED: JULY 21, 2014, AT SAN DIEGO, CALIFORNIA.

S/N______________________________________________

JEANNETTE N. HILL, OFFICIAL REPORTER, CSR NO. 11148